PROB 12B
10/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

FILED
APR 14 2005

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing Is Attached)

Name of Offender: GEORGE COX   Case Number: 98-CR-00850-001(ED/NY)
1:04CR490-1 (MD/NC)

Name of Sentencing Judicial Officer: The Honorable John Gleeson

Date of Original Sentence: June 25, 1999

Original Offense: Theft Of Government Property in violation of 18 U.S.C. § 641.

Original Sentence: 33 months, followed by 3 years supervised release.

February 9, 2003: Modification for Community Service was filed.

December 8, 2004: Jurisdiction was transferred from Eastern District of New York by the Honorable John Gleeson to the Middle District of North Carolina, accepted by the Honorable N. Carlton Tilley, Jr.

Type of Supervision: Supervised Release   Date Supervision Commenced: August 30, 2002
Date Supervision Expires: August 29, 2005

Assistant U.S. Attorney: Kelly T. Currie   Defense Attorney: Anthony J. Simmons

---

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows:

The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

### CAUSE

The defendant has a documented history of illicit drug use. The aforementioned modification of the special condition is recommended in order to allow for continued drug testing beyond the termination of any substance abuse treatment and to assist in the monitoring of the defendant's compliance with the statute which prohibits illicit drug use while under supervision.

Respectfully submitted,

*Elizabeth Walser*
Elizabeth Walser
U.S. Probation Officer

Approved by:

*Dale R. Cauble*                                    4.6.05
Dale R. Cauble                                      Date
Supervising U.S. Probation Officer

===

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

April 14, 2005
Date

ESW/esw

PROB 49
03/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina
## Waiver of Hearing to Modify Conditions

## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

Witness: *Elizabeth Walser*
Elizabeth Walser
U.S. Probation Officer

4/4/2005
Date

Signed: *George Cox*
George Cox
Probationer/Releasee